**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVAY INC., d/b/a Dr.'s Medical Supply,<br>　　　　　　　　　Plaintiff,<br>　　　　v.<br>A211, Incorporation; and Billy Jung,<br>　　　　　　　　　Defendants. | Case No. CV 22-3395-DMG (Ex)<br>**JUDGMENT** |

Pursuant to the Court's Orders re Defendant's Motion for Judgment on the Pleadings [Doc. # 40] and Motion for Default Judgment [Doc. # 44], filed on October 21, 2022 and January 13, 2023, respectively,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Svay Inc., doing business as Dr.'s Medical Supply, and against Defendants A211, Incorporation and Billy Jung in the amount of $2,865,000.00, plus post-judgment interest.

DATED: January 13, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE