1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVAY INC., d/b/a Dr.'s Medical Supply,<br>　　　　　　　Plaintiff,<br>　　v.<br>A211, Incorporation; and Billy Jang,<br>　　　　　　　Defendants. | Case No. CV 22-3395-DMG (Ex)<br><br>**AMENDED JUDGMENT** |

Pursuant to the Court's Orders re Defendant's Motion for Judgment on the Pleadings [Doc. # 40] and Motion for Default Judgment [Doc. # 44], filed on October 21, 2022 and January 13, 2023, respectively,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Svay Inc., doing business as Dr.'s Medical Supply, and against Defendants A211, Incorporation and Billy Jang in the amount of $2,865,000.00, plus post-judgment interest.

DATED: March 23, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE